No. 79–509.   EXXON CORP. *v.* DEPARTMENT OF REVENUE OF WISCONSIN.   Sup. Ct. Wis.   [Probable jurisdiction noted, 444 U. S. 961.]   Motion of appellant for leave to file a brief after argument granted.   MR. JUSTICE STEWART took no part in the consideration or decision of this motion.

No. 79–521.   CONSUMER PRODUCT SAFETY COMMISSION ET AL. *v.* GTE SYLVANIA, INC., ET AL.   C. A. 3d Cir.   [Certiorari granted, 444 U. S. 979.]   Motion of the Solicitor General to permit Peter Buscemi, Esquire, to present oral argument *pro hac vice* granted.

No. 79–701.   ROADWAY EXPRESS, INC. *v.* MONK ET AL.   C. A. 5th Cir.   [Certiorari granted, 444 U. S. 1012.]   Motion of the Solicitor General for divided argument granted.   Motion of NAACP Legal Defense and Educational Fund, Inc., for leave to file a brief as *amicus curiae* granted.

No. 79–824.   FEDERAL COMMUNICATIONS COMMISSION ET AL. *v.* WNCN LISTENERS GUILD ET AL.;

No. 79–825.   INSILCO BROADCASTING CORP. ET AL. *v.* WNCN LISTENERS GUILD ET AL.;

No. 79–826.   AMERICAN BROADCASTING COS., INC., ET AL. *v.* WNCN LISTENERS GUILD ET AL; and

No. 79–827.   NATIONAL ASSOCIATION OF BROADCASTERS ET AL. *v.* WNCN LISTENERS GUILD ET AL.   C. A. D. C. Cir.   [Certiorari granted, *ante,* p. 914.]   Motion to dispense with printing appendix granted except as to those portions designated by the Solicitor General who will bear the costs.

No. 79–935.   ALLEN ET AL. *v.* McCURRY.   C. A. 8th Cir.   [Certiorari granted, 444 U. S. 1070.]   Motion of petitioners to dispense with printing appendix granted.

No. 79–938.   ALLSTATE INSURANCE CO. *v.* HAGUE.   Sup. Ct. Minn.   [Certiorari granted, 444 U. S. 1070.]   Joint motion to dispense with printing appendix granted.